# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENDRICK HENDERSON

NO. 2025 KW 1216

**DECEMBER 1, 2025**

---

In Re:   Kendrick Henderson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-04274.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT